■ PEOPLE v BETTY J. MAXON, Defendant. [610 NYS2d 893] — Motion to extend the time to take an appeal denied. Memorandum: Defendant has made no allegation of improper conduct under CPL 460.30. Present—Green, J. P., Balio, Lawton, Fallon and Davis, JJ. (Filed Jan. 26, 1994.)

■ NICHOLAS W. KUBISZYN, Respondent, v TEREX DIVISION OF TEREX CORP., Appellant, et al., Defendant. [607 NYS2d 832] — Motion for extension of time to file notice of appeal granted, and cross motion for extension of time to file notice of cross appeal denied. Memorandum: Appellant timely served a notice of appeal, but its attempt at filing the notice of appeal was rejected by the County Clerk on the ground that no preargument statement was included with the notice of appeal. The County Clerk erred in rejecting the notice of appeal inasmuch as the filing of a preargument statement is not a jurisdictional prerequisite to taking an appeal *(see,* CPLR 5513, 5514 [c]), and the penalty for failure to file a preargument statement is left to the discretion of this Court (22 NYCRR 1000.12 [h]). Thus, appellant's failure to file timely is excusable and the motion to extend the time to take the appeal to December 9, 1993 is granted.

Respondent's time to take a cross appeal expired on December 13, 1993 *(see,* CPLR 5513 [c]). Because respondent failed to file or serve a notice of cross appeal on or before that date, the motion for an extension of time in which to take a cross appeal is denied *(see,* CPLR 5514 [c]; 5520 [a]). Present—Pine, J. P., Balio, Lawton, Davis and Boehm, JJ. (Filed Jan. 24, 1994.)

■ JEFFREY C. McARTHUR, Appellant, v NANCY BELL, Formerly Known as NANCY McARTHUR Respondent. (Appeal No. 1.) [609 NYS2d 888] —Appeal unanimously dismissed without costs *(see, Matter of Eric D.* [appeal No. 1], 162 AD2d 1051). (Appeal from Order of Supreme Court, Suffolk County, Friedenberg, J.—Child Support.) Present—Denman, P. J., Green, Balio, Fallon and Davis, JJ.

■ JEFFREY C. McARTHUR, Appellant, v NANCY BELL, Formerly Known as NANCY McARTHUR, Respondent. (Appeal No. 2.) [609 NYS2d 713] —Order unanimously modified on the law and as modified affirmed without costs and matter remitted to Supreme Court for further proceedings in accordance with the following Memorandum: Plaintiff contends that defendant